*In re Dependency of McCracken, Petitioner,* No. 74628-1. Motion for discretionary review of a decision of the Court of Appeals, No. 51144-1-I, September 15, 2003, 118 Wn. App. 643. *Denied* December 17, 2003.

*Joyce, Individually and as Personal Representative, et al., Respondents, v. Dep't of Corr., Petitioner,* No. 74176-0. Petition for review of a decision of the Court of Appeals, No. 26499-4-II, March 11, 2003, 116 Wn. App. 569. *Granted* February 3, 2004.

*Mohr, et al., Respondents, v. Grant, et al., Petitioners,* No. 74208-1. Petition for review of a decision of the Court of. Appeals, No. 21033-2-III, May 20, 2003, 117 Wn. App. 75. *Granted* February 3, 2004.

*State ex rel. Pub. Disclosure Comm'n, Petitioner, v. Wash. Educ. Ass'n, Respondent. Davenport, et al., Petitioners, v. Wash. Educ. Ass'n, Respondent,* Nos. 74268-5; 74316-9. Petitions for review of decisions of the Court of Appeals, Nos. 28264-0-II; 28375-1-II, June 24, 2003, 117 Wn. App. 625, 1035. Cases *consolidated* and petitions for review *granted* February 3, 2004.

*State, Respondent, v. Nordlund, Petitioner,* No. 74091-7. Petition for review of a decision of the Court of Appeals, No. 47858-3-I, June 2, 2003, 117 Wn. App. 1011. *Denied* February 3, 2004.

*State, Respondent, v. Vessey, Petitioner. In re Pers. Restraint of Vessey, Petitioner,* No. 74179-4. Petition for review of a decision of the Court of Appeals, Nos. 20812-5-III, 20840-1-III, May 1, 2003, 116 Wn. App. 1058. *Denied* February 3, 2004.

*State, Respondent, v. Smiley, Petitioner,* No. 74182-4. Petition for review of a decision of the Court of Appeals, Nos. 40742-2-I, 43911-1-I, April 28, 2003, 116 Wn. App. 1047. *Denied* February 3, 2004.